**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  4:26-mc-1290 |
| Petitioner, | | |
| v. | | |
| ARMANDO CHACON ALMIRA, | | |
| Respondent. | | |

**PETITIONER'S MOTION TO SEAL**

Petitioner, United States Department of Homeland Security Immigration and Customs Enforcement, (ICE), files this motion to seal their Petition in the above named action. This Petition contains Respondent's personal identifying information and medical information, and Petitioner requests that the Petition be sealed pursuant to the Health Insurance Portability and Accountability Act (HIPPA). DHS requests any other relief to which they are justly entitled.

Respectfully Submitted,

AARON F. REITZ
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

    ATTORNEY FOR UNITED STATES

## CERTIFICATE OF SERVICE

I certify that on July 10, 2026, the foregoing pleading was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system and hand delivered to Plaintiff.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney